# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK PIERRE

NO. 2022 KW 0450

**JULY 5, 2022**

---

In Re:   Derrick Pierre, applying for supervisory writs, 18th Judicial District Court, Parish of East Baton Rouge, Nos. 06-97-0846 & 06-98-0961.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.** The records of the Clerk of Court of East Baton Rouge Parish reflect that the district court is proceeding toward disposition of relator's application for postconviction relief, as on May 19, 2022, the State of Louisiana was ordered to file any procedural objections it may have and/or an answer to relator's application.

**PMc**
**JEW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT